UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 13-0270 AG (JPRx) | Date | February 25, 2013 |
|---|---|---|---|
| Title | JOSEPH M TAGLIARINI v. WELLS FARGO BANK, N.A., et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |

**Proceedings:**   **[IN CHAMBERS] ORDER RE PRETRIAL MATTERS AND THE FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiff's complaint appears to relate to what has been called the foreclosure crisis in our country. Many similar complaints have been filed in this Court. Based on what has occurred in those cases, the Court is concerned that (1) no party be unfairly denied a proper review of their claims in court, (2) no party is forced to spend unnecessary time and expense on this case, (3) there is compliance with the Federal Rules of Civil Procedure, including Rule 11(b), and (4) there is compliance with all applicable state laws, especially California Civil Code § 2923.5, as interpreted in *Mabry v. Superior Court*, 185 Cal. App. 4th 208 (June 2, 2010).

To achieve these goals and to avoid an early, unfair dismissal with prejudice, the Court ORDERS the following.

1.   Within 14 days of this Order, the Plaintiff, individually or through counsel, will file a declaration under penalty of perjury stating that there has been compliance with Rule 11(b) of the Federal Rules of Civil Procedure, and specifically stating that the allegations for claims for relief in the Complaint used (by either side) to support federal jurisdiction comply with Rule 11(b). Defendants may also file papers within 14 days of this Order explaining why this Court should retain jurisdiction.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 13-0270 AG (JPRx) | Date | February 25, 2013 |
|---|---|---|---|
| Title | JOSEPH M TAGLIARINI v. WELLS FARGO BANK, N.A., et al. | | |

2. The declaration required by paragraph 1 is not required if a voluntary dismissal of this case is filed before the deadline for the declaration.

3. If the declaration required by paragraph 1 is not timely filed, the Court will assume Plaintiff does not wish to pursue this case at this time in federal court, and to avoid a dismissal with prejudice, this case will be immediately dismissed WITHOUT PREJUDICE.  Further, if no opposition is filed responding to a motion to dismiss, the Court will assume Plaintiff does not wish to pursue this case, and the motion may be granted without leave to amend.

4. If this case remains on the Court's calendar, an expedited Scheduling Conference will be ordered under Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure.  The parties are not required to file with this Court any documents before the Scheduling Conference but are required to confer before the conference, which they may do at any time before the conference.

5. If Plaintiff seeks loan modification, the Court will determine if Defendants have received all the Plaintiff's financial information and documents necessary for Defendants to participate in a meaningful settlement conference. If applicable, Plaintiff is hereby ordered to provide all such financial information and documents to Defendants' counsel.  The Court will also determine if the Defendants should be producing documents.

6. If Plaintiff seeks to enjoin a foreclosure sale, Plaintiff improves the chances of succeeding by (1) paying each month an amount equal to the last scheduled monthly payment on the note, (2) keeping current on the payment of property taxes, and (3) maintaining insurance on the property.

7. If any party deems that any provision of this Order is inappropriate for this case, such party may seek relief from such provision by filing ex parte papers.

8. All parties are alerted to the fact that numerous settlements, statutes, programs, and

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 13-0270 AG (JPRx) | Date | February 25, 2013 |
|---|---|---|---|
| Title | JOSEPH M TAGLIARINI v. WELLS FARGO BANK, N.A., et al. | | |

policies are being proposed, enacted, and implemented federally and in California. (See, for example, the California Homeowner Bill of Rights, Cal. Civ. Code §§ 2920.5 *et seq.*; the nationwide state attorney generals' settlement announced in February 2012; California's "Perata Mortgage Relief Bill," Cal. Civ. Code § 2923.5; the "Making Home Affordable" program (including HAMP); the "Federal Housing Finance Regulatory Reform Act of 2008"; the "HOPE for Homeowners Act of 2008"; the "Foreclosure Prevention Act of 2008"; the "Mortgage Debt Relief Act of 2007"; the "Homeowner Affordability and Stability Plan"; the "Streamlined Mortgage Modification Program"; the "Mod in a Box" program; the "HOPE NOW Alliance" program; the "Homeownership Preservation Policy for Residential Mortgage Assets"; the "Helping Families Save Their Homes Act of 2009"; the proposed "Systemic Foreclosure Prevention and Mortgage Modification Act"; and proposals for bankruptcy cram-down rules.)  All parties must be aware of the impact these and other settlements, statutes, programs, and policies may have on this case, if any.

|  |  | : | 0 |
|---|---|---|---|
|  | Initials of Preparer | lmb |  |