FILED

2013 MAR -7  AM 10: 48

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY: LAW

1  JOSEPH M. TAGLIARINI

2  7 CALLE CAREYES

3  SAN CLEMENTE, CA  92673

4  Cell: (949) 836-4477

5  Plaintiffs, In Pro Per

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH M. TAGLIARINI ; as Trustee for the JOSEPH MICHAEL TAGLIARINI FAMILY TRUST<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK N.A.; FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC.; and DOES 1 THROUGH 10 INCLUSIVE,<br><br>Defendants, | Case No. SACV 13-00270 AG (JPRx)<br><br>HON. ANDREW J. GUILFORD<br><br>DECLARATION OF PLAINTIFF JOSEPH M. TAGLIARINI ; as Trustee for the JOSEPH MICHAEL TAGLIARIN FAMILY TRUST IN COMPLIANCE WITH F.R.C.P RULE 11(b) |

**TO THE HONORABLE ANDREW J. GUILFORD ; PLEASE TAKE NOTICE THAT**

I ; JOSEPH M. TAGLIARINI ; as Trustee for the JOSEPH MICHAEL TAGLIARINI FAMILY TRUST, as Plaintiff in Pro-Per attest that the following facts are true and correct based on my personal knowledge and experience, and I am competent to testify thereto if called upon to do so. To the best of my knowledge, information, and belief , formed after an inquiry reasonable under the circumstances , this lawsuit is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.

1. the claims , defenses, and other legal contentions are warranted by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law or for establishing new law;
2. the factual contentions have evidentiary support or, specifically so identified will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and the denials of factual contentions are warranted on the evidence or, if specifically so identified , are reasonably based on belief or a lack of information.

I declare under penalty of perjury under the laws of the state of California and the United States that the foregoing is true and correct, and as to those matters stated on information and belief which I believe to be true.

Executed on MARCH 6, 2013 at San Clemente, County of Orange, state of California.

Dated: 03-06-2013

JOSEPH M. TAGLIARINI ; as Trustee for the
JOSEPH MICHAEL TAGLIARINI
FAMILY TRUST
PLAINTIFF, IN Pro-Per