UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | SACV 13-0270 AG (JPRx) | Date | March 29, 2013 |
|---|---|---|---|
| Title | JOSEPH M. TAGLIARINI v. WELLS FARGO BANK, N.A., et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

**Proceedings:**     [IN CHAMBERS] ORDER VACATING MOTIONS TO DISMISS

The Court has reviewed this matter and finds it appropriate for resolution without a hearing. *See* L.R. 7-12, 7-15. Defendants have filed two motions to dismiss Plaintiff's Complaint and one motion to strike part of Plaintiff's Complaint (the "Motions"). (*See* Dkt. Nos. 6, 7, 12.) Plaintiff has since filed a First Amended Complaint ("FAC"). Thus, the Motions are now moot. Accordingly, the Court VACATES the hearings on the Motions, set for April 15, 2013 and April 29, 2013.

                                                                                                :     0

Initials of Preparer     lmb