| | |
|---|---|
| 1 | Jeffrey S. Gerardo #146508 |
| 2 | Steven M. Dailey #163857<br>KUTAK ROCK LLP |
| 3 | Suite 1500<br>5 Park Plaza |
| 4 | Irvine, CA  92614-8595<br>Telephone:  (949) 417-0999 |
| 5 | Facsimile:   (949) 417-5394<br>Email:       jeffrey.gerardo@kutakrock.com |
| 6 | Email:       steven.dailey@kutakrock.com |
| 7 | Attorneys for Defendant<br>WELLS FARGO BANK, N.A. |

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH M. TAGLIARINI, as Trustee for the JOSEPH MICHAEL TAGLIARINI FAMILY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC; and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | Case No. 8:13-cv-0270-AG (JPR)<br><br>Assigned to:<br>District Judge Andrew J. Guilford<br>Courtroom:  10D<br><br>Assigned Discovery:<br>Magistrate Judge Jean P. Rosenbluth<br><br>**FINAL JUDGMENT**<br><br><br>Date Filed:       June 13, 2012 |

On June 3, 2013, the Court issued an Order granting WELLS FARGO BANK, N.A.'s ["WELLS FARGO's"] and FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC's ["FIRST AMERICAN's"] Motions to Dismiss Plaintiff JOSEPH M. TAGLIARINI, AS TRUSTEE FOR THE JOSEPH MICHAEL TAGLIARINI FAMILY TRUST's First Amended Complaint without leave to amend.

Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be, and hereby is Dismissed, with prejudice, as to WELLS FARGO and FIRST AMERICAN and that a Judgment of Dismissal be entered in favor of WELLS FARGO and

FIRST AMERICAN, and each of them, and against Plaintiff. Based on said judgment, Plaintiff shall take nothing by way of the First Amended Complaint against WELLS FARGO or FIRST AMERICAN.

**SO ORDERED.**

Date: June 26, 2013

_____
**HONORABLE ANDREW GUILFORD**
**U. S. DISTRICT COURT JUDGE**

Respectfully submitted:
KUTAK ROCK LLP

By: /s/ Steven M. Dailey
    Jeffrey S. Gerardo
    Steven M. Dailey
    Attorneys for Defendants
    WELLS FARGO BANK, N.A.